**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

_____ District of _____

Caption:

_____ v.

_____

Docket No.: _____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment [____], other [____] _____
(specify)

entered in this action on _____.
(date)

This appeal concerns: Conviction only [____]   Sentence only [____]   Conviction & Sentence [____]   Other [____]

Defendant found guilty by plea [____] trial [____] N/A [____].

Offense occurred after November 1, 1987?   Yes [____]   No [____]   N/A [____]

Date of sentence: _____   N/A [____]

Bail/Jail Disposition: Committed [____]   Not committed [____]   N/A [____]

Defendant awaiting Bureau of Prisons ("BOP") designation and ordered to report to BOP custody by March 8, 2024.

Appellant is represented by counsel?  Yes [____] No [____]   If yes, provide the following information:

Defendant's Counsel:      _____

Counsel's Address:        _____

                          _____

Counsel's Phone:          _____

Assistant U.S. Attorney:  _____

AUSA's Address:           _____

                          _____

AUSA's Phone:             _____

Dated: January 17, 2024

_____
Signature