UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number: **3:22-CR-00139-OAW** |
| | ) | USM Number: 67298-053 |
| JACOB DEUTSCH | ) | |
| | ) | **Sarah Michelle Gruber & Heather L. Cherry** |
| | ) | Assistant United States Attorneys |
| | ) | |
| | ) | **David X. Sullivan, Lee Vartan & Melissa I. Falk Wernick** |
| | ) | Defendant's Attorneys |

**THE DEFENDANT:** pleaded guilty to Count 1 of the Information.

Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 US.C. §1349 | Conspiracy To Commit Mail Fraud and Wire Fraud | 05/19/2021 | 1 |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 62 months on Count One of the Information.

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years. The Mandatory and Standard Conditions of Supervised Release as attached, are imposed. In addition, the following Special Conditions are imposed:

1. You must complete a mental health evaluation and any treatment program as recommended by the Probation Office and approved by the court.  You must follow the rules and regulations of that program.  The probation officer, in consultation with the treatment provider, will supervise your participation in the program.  If any medication is prescribed, you must take it as prescribed.  You must pay all or a portion of costs associated with treatment based on your ability to pay as recommended by the probation officer and approved by the court.

2. You must complete a substance abuse evaluation, and any (inpatient or outpatient) treatment or counseling that is recommended by Probation and is approved by the court. You must follow the rules and regulations of that program. Probation will supervise your participation in the program. You must pay all or a portion of costs associated with the treatment based on your ability to pay, as recommended by Probation and as approved by the court.

Judgment in a Criminal Case

DEFENDANT: JACOB DEUTSCH
CASE NUMBER:3:22-CR-00139-OAW(01)

3.   You must submit your person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation. You must inform any other residents that the premises may be subject to searches pursuant to this condition.

4.   The defendant shall be prohibited from engaging in any real estate related business with respect to the properties specifically identified in the "Stipulation of Offense Conduct and Relevant Conduct," other than necessary for winding down.

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

**Special Assessment:**     $100.00

**Fine:**                               $10,000.00

**Restitution:**                     $0.00

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are paid.

**JUDICIAL RECOMMENDATIONS TO THE BUREAU OF PRISONS**

The Court makes the following recommendations to the Bureau of Prisons:  The court recommends Bureau of Prisons facility at Otisville, specifically because they offer Kosher meals.

The defendant shall self-surrender directly to the facility designated by the Federal Bureau of Prisons no later than 12:00 p.m. on 3/8/2024 under his own power and at his own expense. In the event the defendant does not receive designation by the Bureau of by 3/1/2024, the defendant shall contact the U.S. Marshal Service to arrange for self-surrender.  All conditions of bond and release remain in effect until the defendant is in the Custody of the Bureau of Prisons.

**January 8, 2024**

Date of Imposition of Judgment

Omar A. Williams
Digitally signed by Omar A. Williams
Date: 2024.01.22 16:23:42 -05'00'

Signature of Judge

**OMAR A. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**

Name and Title of Judge

**January 22, 2024**

Date

Judgment in a Criminal Case

Judgment -- Page 3 of 4
Local Form Rev.4/29/2022

DEFENDANT: JACOB DEUTSCH
CASE NUMBER:3:22-CR-00139-OAW(01)

## <u>CONDITIONS OF SUPERVISED RELEASE</u>
**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

### <u>MANDATORY CONDITIONS</u>

(1) You must not commit another federal, state or local crime.

(2) You must not unlawfully possess a controlled substance.

(3) You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

(4) ☐ You must make restitution in accordance with 18 U.S.C.§§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

(5) ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

(6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

(7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

### <u>STANDARD CONDITIONS</u>

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

(1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

(2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

(3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

(4) You must answer truthfully the questions asked by your probation officer.

(5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

(6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

(7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

(8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

(9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

(10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

(11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

(12) You must follow the instructions of the probation officer related to the conditions of supervision.

Judgment in a Criminal Case

Judgment -- Page 4 of 4
Local Form Rev.4/29/2022

DEFENDANT: JACOB DEUTSCH
CASE NUMBER:3:22-CR-00139-OAW(01)

**Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.**

**These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.**

(Signed) _____          _____

Defendant                                                                                    Date

_____          _____

U.S. Probation Officer/Designated Witness                                Date

CERTIFIED AS A TRUE COPY ON THIS DATE: _____

By: _____
    Deputy Clerk

RETURN
I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____,
with a certified copy of this judgment.

Lawrence Bobnick
Acting United States Marshal

By          _____
            Deputy Marshal