D. Conn.
22-cr-139
Williams, J.

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand twenty-six.

Present:

Richard J. Sullivan,
Steven J. Menashi,
Maria Araújo Kahn,
        *Circuit Judges*.

---

United States of America,

                *Appellee*,

        v.                                                               24-223

Jacob Deutsch,

                *Defendant-Appellant*.

---

On January 15, 2026 – while Deutsch's appeal of his sentence was pending – the President commuted Deutsch's "entire sentence to time served with no fines, restitution, probation, or other conditions." Executive Grant of Clemency, Ex. A to Decl. of Brian A. Jacobs in Supp. of Def.'s Mot. to Dismiss, Doc. No. 69. On February 6, 2026, Deutsch moved to dismiss his appeal for mootness, to vacate the terms of his imprisonment and supervised release, and to refund his fine.

Upon due consideration, it is hereby ORDERED that the motion to dismiss is GRANTED, the motion to vacate is DENIED, and this case is REMANDED to the district court with instructions to terminate Deutsch's term of supervised release and refund the fine.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/25/2026